UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHELLY ELIZABETH PURDY,

    Plaintiff,                             CIVIL ACTION NO. 16-cv-10740

    v.                                  DISTRICT JUDGE LINDA V. PARKER

TOPAC EXPRESS and            MAGISTRATE JUDGE MONA K. MAJZOUB
GURWINDER BAINS,

    Defendants.
_____/

## ORDER DENYING DEFENDANTS' EMERGENCY MOTION FOR PROTECTIVE ORDER [15]

This matter comes before the Court on an Emergency Motion for Protective Order filed by Defendants Topac Express and Gurwinder Bains. (Docket no. 15.) Plaintiff Shelly Elizabeth Purdy filed a Response to Defendants' Motion. (Docket no. 17.) The Motion has been referred to the undersigned for consideration. (Docket no. 16.) On May 23, 2016, at 3:45 p.m., the Court held a telephonic conference regarding Defendants' Motion. Having considered the parties' arguments as presented in the pleadings and in the telephonic conference, **IT IS ORDERED** that:

1) Defendants' Emergency Motion for Protective Order [15] is **DENIED**;

2) The depositions of Gurwinder Bains and Bruce McKay will be re-noticed at a mutually convenient date, time, and place and completed by June 27, 2016; and

3) Plaintiff will pay the reasonable expenses and attorney's fees incurred by Defendants as a result of the adjournment of the May 26, 2016 depositions. Defendants will submit to the

Court a Bill of Costs itemizing the same by June 3, 2016, at which time the Court will determine the amount of costs and fees for which Plaintiff is liable.

## NOTICE TO THE PARTIES

Pursuant to Federal Rule of Civil Procedure 72(a), the parties have a period of fourteen days from the date of this Order within which to file any written appeal to the District Judge as may be permissible under 28 U.S.C. § 636(b)(1).

Dated:  May 24, 2016      s/ Mona K. Majzoub
                          MONA K. MAJZOUB
                          UNITED STATES MAGISTRATE JUDGE


## PROOF OF SERVICE

I hereby certify that a copy of this Order was served upon counsel of record on this date.

Dated:  May 24, 2016      s/ Lisa C. Bartlett
                          Case Manager